UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :

     -v-      :

BONNIE DICK,      :

     Defendant.      :

- - - - - - - - - - - - - - -x

**INFORMATION**

08 Cr. ____ (LAP)

08 CRIM 663

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 1343 and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
BONNIE DICK

_____
Witness

_____
Mark Gombiner, Esq.
Counsel for Defendant

Date:    New York, New York
     July 16 , 2008



0202