✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

      - v -                                    :         NOTICE OF INTENT TO
                                                                        FILE AN INFORMATION
BONNIE DICK,                                  :

           Defendant.              :

- - - - - - - - - - - - - - - - x

**08 CRIM 663**

**JUDGE PRESKA**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 6, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

           By:   _____
                Jonathan S. Kolodner
                Jennifer G. Rodgers
                Anjan Sahni
                Assistant United States Attorneys

                  AGREED AND CONSENTED TO:

           By:   _____
                Mark B. Gombiner, Esq.
                Attorney for Bonnie Dick

[Stamp: SDNY ELECTRONICALLY FILED DATE FILED: 6/6/08]

6/9/08    WHEEL A